PROB 12C
(7/93)

Report Date: August 8, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2011

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fertez Alvin Slaughter              Case Number: 2:08CR00173-009

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 12/10/2009

Original Offense:       Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513

Original Sentence:      Prison - 24 Months;                Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    Timothy J. Ohms                    Date Supervision Commenced: 2/18/2011

Defense Attorney:       Jeffrey S. Niesen                  Date Supervision Expires: 2/17/2014

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                        **Special Condition #19**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: On July 28, 2011, Fertez Slaughter submitted a urine specimen at the Spokane Residential Reentry Center. The specimen was confirmed positive for synthetic cannabinoids (K2/Spice).

2                       **Special Condition #14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

                        **Supporting Evidence**: Mr. Slaughter is being terminated from the Spokane Residential Reentry Center as a result of his urine specimen submitted on July 28, 2011. Mr. Slaughter

Prob12C
Re: Slaughter, Fertez Alvin
August 8, 2011
Page 2

has admitted to committing additional violations while at the RRC. The following is a list of program rules violated by Mr. Slaughter: March 7, 2011, failing to perform daily work detail, March 22, 23, 30, 31, 2011, unaccounted time in the community, April 7, 2011, being in an unauthorized area, May 6, 2011, unaccounted time in the community, June 20 and 28, 2011, unaccounted time in the community, July 8, 2011, disobeying staff directives and unauthorized contact with the public.

Mr. Slaughter has had other violations that have not yet been resolved. On July 1, 2011, the defendant's cell phone was confiscated for an internet compliance check. His phone was found to have an internet connection, along with graphic photos and messages, indicating that he had been deviating from his approved activities. On July 20, 2011, contraband was found in Mr. Slaughter's belongings, specifically "Zombie Matter," which is a synthetic cannabinoid. On August 1, 2011, the defendant refused a pat search by staff, and was later found to have contraband in his possession to include a cell phone, cigarette and lighter.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 8, 2011

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/9/2011
Date