PROB 12C
(7/93)

Report Date: April 10, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fertez A. Slaughter  Case Number: 2:08CR00173-009

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 12/10/2009

Original Offense:  Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513

Original Sentence:  Prison - 24 Months  Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney:  Pamela J. Byerly  Date Supervision Commenced: 11/07/2011

Defense Attorney:  Roger Peven  Date Supervision Expires: 08/06/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 & 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Slaughter failed to report to the U.S. Probation Office and complete a written report within the first 5 days of April 2012, as directed.

On March 15, 2012, Mr. Slaughter was given written notice to appear for the Sobriety Treatment and Education Program (STEP) session scheduled for April 5, 2012, at 1:30 p.m. He failed to appear as directed. Attempts to contact Mr. Slaughter by telephone have been unsuccessful.

3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Slaughter, Fertez Alvin
April 10, 2012
Page 2

**Supporting Evidence**: On the following dates, Mr. Slaughter submitted urine samples to the staff at Pioneer Counseling that tested positive for marijuana (THC): March 16, 22, 26, 30, and April 6, 2012. Also, he failed to report for drug testing on April 3, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/10/2012

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

04-10-2012

Date