PROB 12C
(7/93)

Report Date: May 2, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 2 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fertez A. Slaughter      Case Number: 2:08CR00173-009

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/10/2009

| | |
|---|---|
| Original Offense: | Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513 |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 11/7/2011

Date Supervision Expires: 8/6/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. <br><br> **Supporting Evidence**: On April 25, 2013, Fertez Slaughter submitted a urine specimen that yielded positive findings for marijuana. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. <br><br> **Supporting Evidence**: On April 24, 2013, the undersigned officer left multiple phone messages requesting that Mr. Slaughter contact the probation office. Additionally, contact was made with his girlfriend, who confirmed she would make sure he knew that he was to contact the probation office. At the time of this report, Mr. Slaughter has failed to contact the probation office as directed. |

3  **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Slaughter recently reported that he moved in with a new girlfriend at                              , Spokane, Washington. However, when the undersigned officer went to that location on April 19, 2013, his reported girlfriend advised that he was no longer welcome to reside at said address. On April 21, 2013, Mr. Slaughter reported that he had worked things out with his girlfriend, and was back living at the above-noted address. However, on May 1, 2013, Mr. Slaughter's girlfriend notified staff at ADEPT treatment center that if they have contact with the offender, that he needs to retrieve his belongings from her residence. She further reported that Mr. Slaughter had not stayed at his last reported address since April 25, 2013.

4  **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Slaughter failed to attend scheduled treatment sessions at ADEPT on April 22, 24, 25, 29 and May 1, 2013.

5  **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Slaughter failed to report for substance abuse testing on April 22 and 29, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/02/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Slaughter, Fertez A.
May 2, 2013
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

5/2/13
_____
Date