PROB 12C
(7/93)

Report Date: September 26, 2013

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 26 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fertez A. Slaughter          Case Number: 0980 2:08CR00173-009

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 10, 2009

| | |
|---|---|
| Original Offense: | Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | November 7, 2011 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | August 6, 2014 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Fertez Slaughter has failed to submit his monthly supervision report for the month of August 2013 to the U.S. Probation Office. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On September 19, 2013, Fertez Slaughter was questioned as to how his current job was going. He indicated it was going good. However, it was later determined that Mr. Slaughter was actually terminated from his job prior to his contact with the undersigned officer. |
| 3 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: On September 25, 2013, the undersigned officer contacted Mr. Slaughter's last reported employer, International House of Pancakes (IHOP). Contact was |

made with the general manager, Mike Perry, who advised Mr. Slaughter was terminated approximately 2 weeks prior.

4        **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

         **Supporting Evidence**: On September 25, 2013, the undersigned officer attempted to contact Mr. Slaughter at his last reported address, the Bernard Street Oxford House. However, contact with other Oxford House members at that location revealed that Mr. Slaughter was voted out of the Oxford House on or about September 18, 2013.

5        **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

         **Supporting Evidence**: Contact with Northeast Washington Treatment Alternatives (NEWTA) on September 25, 2013, revealed that Mr. Slaughter has not engaged in treatment services. It was further reported, Fertez Slaughter last attended a session at NEWTA on September 10, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/26/2013

                s/Richard Law

                Richard Law
                U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

                                    Signature of Judicial Officer

                                    9/26/13

                                    Date