PROB 12C
(7/93)

Report Date: September 27, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 30 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fertez A. Slaughter          Case Number: 0980 2:08CR00173-009

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 10, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Utter Counterfeit Securities of an Organization, 18 U.S.C. § 371 and 513 | | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: | November 7, 2011 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | August 6, 2014 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/26/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 27, 2013, the undersigned officer observed Fertez Slaughter operating a motor vehicle.  Fertez Slaughter does not have a valid driver's license or liability insurance as required by law. |
| 7 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Fertez Slaughter failed to report for urinalysis testing as required on September 24, 2013. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/27/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Signature of Judicial Officer

9/30/13
Date